IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES KANAE, | ) | CV 07-00330 HG-BMK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STONEY SAMSON, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION
THAT PLAINTIFF'S MOTION TO REMAND BE DENIED

Findings and Recommendation having been filed and served on all parties on September 24, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, Doc.

//

//

//

//

//

//

//

No. 24, are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 15, 2007.



  /s/ Helen Gillmor

Chief United States District Judge

cc:   all parties of record